**Order entered February 24, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00005-CV

## IN RE JUAN FRANCISCO TURCIOS, Relator

**Origin Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-70886-P & F11-70896-P**

## ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's January 5, 2021 petition for writ of mandamus.

/s/    LANA MYERS
       JUSTICE